## **ADDENDUM A TO PELUSO PRO HAC VICE APPLICATION**

Patrick H. Peluso has been admitted to practice before the following Courts. Mr. Peluso is active and in good standing in all such Courts.

| Title of Court | Date of Admission |
|---|---|
| Colorado Supreme Court (Bar # 47642) | 11/3/2014 |
| U.S. Court of Appeals for the Ninth Circuit | 8/30/2018 |
| U.S. Court of Appeals for the Eleventh Circuit | 7/30/2019 |
| U.S. District Court for the District of Colorado | 1/5/2015 |
| U.S. District Court for the Western District of Wisconsin | 6/15/2016 |
| U.S. District Court for the District of New Mexico | 6/20/2016 |
| U.S. District Court for the Eastern District of Michigan | 11/28/2017 |
| U.S. District Court for the Northern District of Illinois | 2/22/2018 |
| U.S. District Court for the Southern District of Illinois | 3/14/2019 |
| U.S. District Court for the Eastern District of Wisconsin | 1/23/2020 |